# Exhibit G

## NORMAL SCHEDULED MAINTENANCE

### Intelligent Oil-Life Monitor

Your vehicle comes with an Intelligent Oil-Life Monitor that determines when you should change the engine oil based on how you use your vehicle. By using several important factors in its calculations, the monitor helps reduce the cost of owning your vehicle and reduces environmental waste at the same time.

This means you do not have to remember to change the oil on a mileage-based schedule. Your vehicle lets you know when an oil change is due by displaying a message in the information display.

The following table provides examples of vehicle use and its impact on oil change intervals. It is a guideline only. Actual oil change intervals depend on several factors and generally decrease with severity of use.

| When to Expect the OIL CHANGE REQUIRED Message | |
|---|---|
| **Interval** | **Vehicle Use and Example** |
| 7500–10000 mi (12,000–16,000 km) | **Normal**<br>Normal commuting with highway driving No, or moderate, load or towing Flat to moderately hilly roads No extended idling |
| 5000–7500 mi (8,000–12,000 km) | **Severe**<br>Moderate to heavy load or towing Mountainous or off-road conditions Extended idling Extended hot or cold operation |
| 3000–5000 mi (5,000–8,000 km) | **Extreme**<br>Maximum load or towing Extreme hot or cold operation |

### Normal Maintenance Intervals

| At Every Oil Change Interval as Indicated by the Information Display[1] |
|---|
| Change engine oil and filter.[2] |
| Rotate tires, inspect tire wear and measure tread depth. |
| Perform a multi-point inspection (recommended). |
| Inspect the automatic transmission fluid level (if equipped with dipstick). |

| |
|---|
| Inspect the brake pads, shoes, rotors, drums, brake linings, hoses and parking brake. |
| Inspect the engine cooling system strength and hoses. |
| Inspect the exhaust system and heat shields. |
| Inspect front axle and U-joints. Lubricate if equipped with grease fittings (Four–wheel drive vehicles). |
| Inspect the half-shaft boots. |
| Inspect the steering linkage, ball joints, suspension, tire-rod ends, driveshaft and U-joints. Lubricate any areas with grease fittings. |
| Inspect the wheels and related components for abnormal noise, wear, looseness or drag. |
| Fuel and water separator. Drain if necessary (or if indicated by the information display). |
| Refill the diesel exhaust fluid tank. |
| Inspect the air filter restriction gauge. Replace the filter if necessary. |

[1] Do not exceed one year or 10000 mi (16,000 km) between service intervals.

[2] Reset the Intelligent Oil-Life Monitor after engine oil and filter changes. See Oil Change Indicator Reset.

| Brake Fluid Maintenance[1] | |
|---|---|
| Every 3 Years | Change brake fluid.[2] |

[1] Perform this maintenance item every 3 years. Do not exceed the designated time for the interval.
[2] Brake fluid servicing requires special equipment available at your authorized dealer.

| Other Maintenance Items [1] | |
|---|---|
| Every 20000 mi (32,000 km) | Replace the cabin air filter. |
| Every 30000 mi (48,000 km) | Replace the engine air filter. |
| | Replace the engine-mounted and frame-mounted fuel filters (Diesel Only). |
| Every 100000 mi | Replace the spark plugs. |

| | |
|---|---|
| Every 150000 mi (240,000 km) | Change the automatic transmission fluid and filter. |
| | Change the front axle fluid (Four-wheel drive vehicles). |
| | Change the rear axle fluid. |
| | Change the transfer case fluid (Four-wheel drive vehicles). |
| | Replace the accessory drive belt(s). |
| | Replace the fuel pump drive belt (Diesel Only). |
| | Replace the timing belt (Diesel Only). |
| At 200000 mi (322,000 km) | Change the engine coolant. [3] |

[1] Perform these maintenance items within 3000 mi (4,800 km) of the last engine oil and filter change. Do not exceed the designated distance for the interval.

[2] After initial inspection, inspect every other oil change until replaced.

[3] Initial replacement at 10 years or 200000 mi (322,000 km), then every five years or 100000 mi (160,000 km).