# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID LYMAN, TIMOTHY THUERING, and VINCENT BRADY, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Ford. | Case No.: 21-cv-10024<br><br>Hon. Gershwin A. Drain<br><br>Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dennis A. Lienhardt of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above captioned matter.

DATED: January 7, 2021

Respectfully submitted,

*/s/ Dennis A. Lienhardt*
Dennis A. Lienhardt (P81118)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
dal@millerlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Dennis A. Lienhardt*
Dennis A. Lienhardt (P81118)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
dal@millerlawpc.com